UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JAMES JACKSON | § |
| | § |
| v. | § CIVIL CASE NO. 4:19-CV-721 |
| | § |
| ROBERT L WILKIE, ET AL. | § |
| | § |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge, this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On November 18, 2020, the report of the Magistrate Judge, (Dkt. #85), was entered containing proposed findings of fact and recommendations that Plaintiff James Jackson's claims be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41. (Dkt. #85 at p. 3).

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court determines that the Magistrate Judge's report should be adopted.

It is therefore **ORDERED** that Plaintiff James Jackson's claims are **DISMISSED WITHOUT PREJUDICE**.

All other relief not expressly granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**So ORDERED and SIGNED this 22nd day of December, 2020.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE